# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

LP

Jonathan Lee Riches©,
Plaintiff

<u>CIVIL NO</u>:  07-5310

V.

Tim Russert d/b/a Host of NBC "Meet the Press";
BOB Schieffer d/b/a Host of CBS "FACE the NATION";
CHRIS WALLACE d/b/a Host of Fox News Sunday;
Wolf Blitzer d/b/a Host of CNN Late Edition;
George Stephanopoulos d/b/a Host of ABC "This Week";
Defendants

## Complaint

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, under 42 USC 1983, Plaintiff seeks $100 million from Defendants. Defendants T.V. programs fail to talk about Federal prison Abuses. My constitutional rights are violated by Defendants as I'm in Solitary Confinement at FCI Williamsburg, I eat no nutrition, I can't contact my family, Defendants are liable for my current trauma. I move for a restraining order against the shows.

Jonathan Lee Riches©
#40448-018
FCI Williamsburg     843-387-9400
P.O. BOX 340
Salters, S.C. 24540

Respectfully
Submitted

Jonathan Lee Riches©